AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Richard Mello

**SUMMONS IN A CIVIL CASE**

# 03c 12335 GAO

CASE NUMBER:

TO: (Name and address of Defendant)

Richard Mello
1012 Slade Street
Fall River, MA 02724

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ _days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

20 2003

DATE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

February 10, 2004

I hereby certify and return that on 2/10/2004 at 08:56 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Corporate Disclosure, Case Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Richard Mello, 1012 Slade Street Fall River, MA and by mailing first class mail to the above-mentioned address on 2/10/2004. Copies ($4.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.15 Left with an adult male, Joseph Mello, known to be the father.

Deputy Sheriff Dennis Medeiros                                    *Deputy Sheriff*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.