UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

FILED
IN CLERKS OFFICE

2004 JUN 18 P 1:28

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DIRECTV, Inc., a California Corporation, *Plaintiff* | )<br>)<br>) |
| VS. | )<br>)<br>) |
| RICHARD MELLO, *Defendant* | )<br>) |

Case No. 03CV12335 GAO

## ENTRY OF APPEARANCE

Please enter my appearance for the defendant, Richard Mello, in the above-captioned matter.

Respectfully submitted,
RICHARD MELLO,
By his attorney,

*/s/ Brenda L. Panaggio*
Brenda L. Panaggio
DONNELLY & PANAGGIO
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 679-2295
B.B.O. No. 654702

Dated: June 16, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the enclosed Entry of Appearance upon John M. McLaughlin, Esquire, McLaughlin Sacks LLC, 31 Trumbull Road, North Hampton, MA 01060, via first class mail, postage prepaid this 16th day of June 2004.

*/s/ Brenda L. Panaggio*
Brenda L. Panaggio