UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

FILED
IN CLERKS OFFICE

2004 JUN 18 P 1:28

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DIRECTV, Inc., a California Corporation, *Plaintiff* ) ) ) | |
| VS. ) ) | Case No. 03CV12335 GAO |
| RICHARD MELLO, *Defendant* ) ) | |

## MOTION TO EXTEND TIME FOR FILING ANSWER

Now comes Defendant Richard Mello, by his attorney, and requests this Honorable Court extend the time for filing an answer to Plaintiff's Complaint until July 31, 2004.

As reasons therefore, defendant states that he has recently obtained an attorney in this matter and requires additional time to review the pleadings and file an answer.

ASSENTED TO:

*/s/ John M. Laughlin (BLP)*
John M. McLaughlin
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Tel. (413) 586-0865
B.B.O. No. 556328

Dated: June 16, 2004

Respectfully submitted,
RICHARD MELLO,
By his attorney,

*/s/ Brenda L. Panaggio*
Brenda L. Panaggio
DONNELLY & PANAGGIO
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 679-2295
B.B.O. No. 654702

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the enclosed Motion to Extend Time for Filing Answer upon John M. McLaughlin, Esquire, McLaughlin Sacks LLC, 31 Trumbull Road, North Hampton, MA 01060, via first class mail, postage prepaid this 16th day of June 2004.

_____
Brenda L. Panaggio