## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIRECTV, Inc.** | ) Case No.: **03-cv-12335 GAO** |
| | ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **Richard Mello** | ) |
| | ) |
| Defendant | ) |
| | ) |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

7/19/2005
Date

/s/ John M. McLaughlin
John M. McLaughlin, Its Member
**Green Miles Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,
Richard Mello
By his Attorney

7/28/05
Date

Brenda L. Pannaggio
Donnelly & Panaggio
275 Martine Street, Suite 206
Fall River, MA 02723
(508) 679-2295

1

## CERTIFICATE OF SERVICE

I, Brenda L. Pannaggio, attorney for the Defendant, hereby certify that on this 28th day of July, 2005, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

John M. McLaughlin, Its Member
**Green Miles Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061

Brenda L. Pannaggio